**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00815-REB-NYW

MICHAEL COMBS, on behalf of himself and all similarly situated person,

    Plaintiff,

v.

JAGUAR ENERGY SERVICES, LLC, a Louisiana limited liability company,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on the **Joint Motion To Vacate Pre-Trial Conference and Trial Settings and To Amend Scheduling Order and Trial Preparation Conference Order** [#32][2] filed March 28, 2016.  After careful review of the motion and the file, the court concludes that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion To Vacate Pre-Trial Conference and Trial Settings and To Amend Scheduling Order and Trial Preparation Conference Order** is granted;

    2.  That the combined Final Pretrial Conference/Trial Preparation Conference set May 6, 2016, is vacated and continued pending further order;

    3.  That the trial to court set to commence May 9, 2016, is vacated and continued pending further order;

    4.  That on **April 14, 2016,** at 10:30 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the combined Final Pretrial

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#32]" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  The court uses this convention throughout this order.

Conference/Trial Preparation Conference and trial to court; and

     5. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

     Dated: March 30, 2016